# Court of Appeals
# of the State of Georgia

ATLANTA,  March 23, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0226.  ERIC CHRISTOPHER WHITE v. LAURA ASHLEY WHITE.**

Eric Christopher White filed a discretionary application from the trial court's final judgment and decree of divorce. On February 15, 2023, this Court denied White's application, and he has filed a motion for reconsideration. White argues that we lacked jurisdiction to consider his application on the merits because he had a motion for new trial pending in the trial court at the time he filed his application in this Court.

As a general rule, an appeal filed when a motion for new trial is pending confers no jurisdiction on an appellate court and results in dismissal of the appeal. See *Booker v. Amdur*, 186 Ga. App. 276, 276 (367 SE2d 94) (1988). Accordingly, White's motion for reconsideration is hereby GRANTED and our February 15, 2023 order denying White's application is hereby VACATED. On reconsideration, White's application is hereby DISMISSED as premature.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  03/23/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.